1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
3  Chief Assistant Attorney General
   FRANCES T. GRUNDER
4  Senior Assistant Attorney General
   JONATHAN L. WOLFF
5  Supervising Deputy Attorney General                    **E-filed 12/1/05**
6  JAY C. RUSSELL, State Bar No. 122626
   Deputy Attorney General
7  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
8  Telephone: (415) 703-5717
9  Fax: (415) 703-5843

10

11 Attorneys for Defendant Borges
   SF2002200143
12

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15

16
   MARC CHARLES DAWSON,              )   Case No.: C 02 00063 JF
17                                    )
          Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER
18                                    )   EXTENDING DISCOVERY DEADLINES
                                      )
19    vs.                             )
                                      )
20 T. BORGES,                         )
                                      )
21        Defendant.                  )
                                      )
22                                    )
                                      )
23                                    )
                                      )
24

25     At the June 10, 2005 Case Management Conference in the above-entitled matter, the Court

26 ordered February 24, 2006 as the deadline for the filing of dispositive motions. Given the recent

27 and upcoming trial and arbitration hearing schedules of counsel for both Plaintiff and Defendant,

28

1.

*(Left margin: MILLER, MORTON, CAILLAT & NEVIS, LLP / 25 Metro Drive, 7th Floor / San Jose, CA 95110 / Telephone: (408) 292-1765)*

THE PARTIES HEREBY STIPULATE THAT the deadline for the filing of dispositive motions be extended for ninety days, to and including May 26, 2006.

Dated: November 29, 2005       MILLER, MORTON, CAILLAT & NEVIS, LLP

By:  /s/
DAVID I. KORNBLUH
AMBER S. CROTHALL
Attorneys for Plaintiff MARC CHARLES DAWSON

Dated: November 29, 2005

By:  /s/
BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
JAY C. RUSSELL
Deputy Attorney General
Attorneys for Defendant T. BORGES

IT IS SO ORDERED.

Dated: 12/1/05       /s/electronic signature authorized

THE HONORABLE JEREMY FOGEL
U.S. DISTRICT COURT JUDGE

::ODMA\GRPWISE\MMCN_SJDOMAIN.MMCN_SJPO.NewLitigationLibrary:5135.1