**E-filed 5/30/06**

DAVID I. KORNBLUH, ESQ., SBN 162310
AMBER S. CROTHALL, ESQ., SBN 227172
MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110
Telephone:  (408) 292-1765
Fax:  (408) 436-8272
dik@millermorton.com
asc@millermorton.com

Attorneys for Plaintiff MARC CHARLES DAWSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC CHARLES DAWSON,<br><br>            Plaintiff,<br><br>        vs.<br><br>T. BORGES,<br><br>            Defendant.<br>_____ | Case No.:  C 02 00063 JF<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES |

On December 1, 2005, the Court ordered May 26, 2006 as the deadline for the filing of dispositive motions, pursuant to the parties' stipulation.  Defendant is prepared to file a Motion for Summary Judgment on May 26, 2006.  However, given that counsel for Defendant has recently been substituted, and that additional percipient witness depositions were conducted on May 24, 2006, the parties need additional time to disclose expert witnesses, conduct expert discovery and potentially include such discovery in their dispositve motions, if any.

//

//

MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110
Telephone: (408) 292-1765

THE PARTIES HEREBY STIPULATE THAT the deadline for the filing of dispositive motions be extended to and including September 1, 2006.  The parties further stipulate that the hearing for such dispositive motions take place on October 6, 2006.

THE PARTIES FURTHER STIPULATE to continue the Case Management Conference to June 30, 2006.

Respectfully Submitted,

Dated: May 25, 2006                 MILLER, MORTON, CAILLAT & NEVIS, LLP


By:   _____/s/_____
       DAVID I. KORNBLUH
       AMBER S. CROTHALL
       Attorneys for Plaintiff MARC CHARLES
       DAWSON


Dated: May 25, 2006                 LOZANO SMITH


By:   _____/s/_____
       GREGORY A. WEDNER
       JESSE MADDOX
       Attorneys for Defendant T. BORGES


IT IS SO ORDERED.


Dated:___5/30/06____              _____
                                  THE HONORABLE JEREMY FOGEL
                                  U.S. DISTRICT COURT JUDGE

::ODMA\GRPWISE\MMCN_SJDOMAIN.MMCN_SJPO.NewLitigationLibrary:11501.1

MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110
Telephone: (408) 292-1765

STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES