DAVID I. KORNBLUH, ESQ., SBN 162310
AMBER S. CROTHALL, ESQ., SBN 227173
MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110
Telephone: (408) 292-1765
Facsimile: (408) 436-8272

Attorneys for Plaintiff MARC CHARLES DAWSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC CHARLES DAWSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>T. BORGES, individually, and RICHARD KIRKLAND, Warden of Pelican Bay State Prison, in his official capacity,<br><br>        Defendants. | Case No.: C 02 00063 JF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER SUBSTITUTING PARTY |

The parties to this action, through their respective attorneys of record, and pursuant to Rule 25 of the Federal Rules of Civil Procedure, stipulate and agree as follows:

(1)   RICHARD KIRKLAND is no longer a party to this action by reason of ceasing to hold the position of Warden of Pelican Bay State Prison;

(2)   ROBERT HOREL, Warden of Pelican Bay State Prison, in his official capacity only, is substituted as a party to this action in place of the party identified in paragraph (1);

(3)   Defendant ROBERT HOREL, Warden of Pelican Bay State Prison, in his official capacity, hereby acknowledges actual notice of this suit and subjects himself to the jurisdiction of this Court in this action;

///

{SR047633.DOC}1

STIPULATION AND [PROPOSED] ORDER                                    Dawson v. Borges et al.
SUBSTITUTING PARTY                                                  Case No. C02 00063 JF

(4) Defendants T. BORGES' and RICHARD KIRKLAND's Answer to Plaintiff's Second Amended Complaint, filed May 22, 2007, will be the Defendants T. BORGES and ROBERT HOREL's Answer to Plaintiff's Second Amended Complaint; and

(5) The stipulations and agreements herein do not waive or prejudice, in any way, Defendants' rights seek and obtain to dismissal of all or certain of Plaintiff's claims for relief set forth in Plaintiff's Second Amended Complaint, by way of a motion for summary judgment or otherwise.

Dated: June 5, 2007          MILLER, MORTON, CAILLAT & NEVIS, LLP


By: _____/s/_____
    DAVID I. KORNBLUH
    AMBER S. CROTHALL
    Attorneys for Plaintiff MARC CHARLES
    DAWSON


Dated: June 5, 2007          LOZANO SMITH


By: _____/s/_____
    GREGORY A. WEDNER
    SLOAN R. SIMMONS
    Attorneys for Defendants T. BORGES and
    RICHARD KIRKLAND


IT IS SO ORDERED.


Dated: 6/14/07               _____
                             THE HONORABLE JEREMY FOGEL
                             U.S. DISTRICT COURT JUDGE

::ODMA\GRPWISE\MMCN_SJDOMAIN.MMCN_SJPO.NewLitigationLibrary:24550.1

{SR047633.DOC}2

STIPULATION AND [PROPOSED] ORDER                               Dawson v. Borges et al.
SUBSTITUTING PARTY                                             Case No. C02 00063 JF