**E-filed 7/27/07**

Gregory A. Wedner, SBN 067965
Sloan R. Simmons, SBN 233752
**LOZANO SMITH**
1107 9th Street, Suite 910
Sacramento, CA 95814
Telephone: (916) 329-7433
Facsimile: (916) 329-9050

Attorneys for Defendant T. BORGES and
ROBERT HOREL, Warden of Pelican Bay State Prison

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC CHARLES DAWSON,<br><br>       Plaintiff,<br><br>vs.<br><br>T. BORGES, individually, and ROBERT HOREL, Warden of Pelican Bay State Prison, in his official capacity,<br><br>       Defendants. | CASE NO. C 02 00063 JF<br><br>**PARTIES' STIPULATION TO EXTEND MOTION HEARING DATE DEADLINE AND RELATED DATES; [PROPOSED] ORDER** |

    IT IS HEREBY STIPULATED by and between Defendants T. Borges and current Warden of Pelican Bay State Prison Robert Horel (collectively "Defendants"), through their attorneys Lozano Smith by Sloan R. Simmons, Esq., and Plaintiff Marc Charles Dawson ("Plaintiff"), through his attorneys Miller, Morton, Caillat & Nevis, LLP by Amber S. Crothall, Esq., as to the following:

    1.    Pursuant to the Court's Order of May 8, 2007, the Court adopted the following schedule: 1) September 14, 2007, for a hearing on Defendants' anticipated motion for summary judgment; 2) November 16, 2007 for the parties' pretrial conference; and 3) November 26, 2007 for the beginning of the jury trial (with an expected duration of four days).

    2.    On July 19, 2007, the parties conducted a meet and confer regarding scheduling a hearing date for Defendants' anticipated motion for summary judgment. The parties agreed to attempt to set a hearing date of either September 7 or September 14, 2007.

    3.    On July 20, 2007 and July 23, 2007, pursuant to the parties' meet and confer efforts, Defendants attempted to schedule a hearing date for Defendants' anticipated motion for summary judgment for September 14, 2007. On July 23, 2007, the Defendants were informed that Court's hearing calendar was full until September 21, 2007. The Defendants reserved the first available hearing date of September 21, 2007, for a hearing date on Defendants' anticipated motion for summary judgment.

    4.    The parties agree, in light of the Court's full calendar, to extend the deadline for a hearing on Defendants' anticipated motion for summary judgment from September 14, 2007 to September 21, 2007.

///
///
///
///
///
///
///
///
///

5. The parties also agree to extend the scheduled pretrial conference date of November 16, 2007, to November 23, 2007, and the scheduled date to begin the jury trial in this matter from November 26, 2007, to December 3, 2007.

Dated: July 23, 2007

Respectfully submitted,

Miller, Morton, Caillat & Nevis, LLP

*/s/ Amber S. Crothall*
DAVID I. KORNBLUH
AMBER S. CROTHALL
Attorneys for Plaintiff
MARC CHARLES DAWSON

Dated: July ____, 2007

Respectfully submitted,

Lozano Smith

_____
GREGORY A. WEDNER
SLOAN R. SIMMONS
Attorneys for Defendant
T. BORGES and RICHARD KIRKLAND,
Warden of Pelican Bay State Prison

00562\012\PLD\SR050044.WPD

5. The parties also agree to extend the scheduled pretrial conference date of November 16, 2007, to November 23, 2007, and the scheduled date to begin the jury trial in this matter from November 26, 2007, to December 3, 2007.

Dated: July ____, 2007

Respectfully submitted,

Miller, Morton, Caillat & Nevis, LLP

_____
DAVID I. KORNBLUH
AMBER S. CROTHALL
Attorneys for Plaintiff
MARC CHARLES DAWSON

Dated: July 23, 2007

Respectfully submitted,

Lozano Smith

_____
GREGORY A. WEDNER
SLOAN R. SIMMONS
Attorneys for Defendant
T. BORGES and RICHARD KIRKLAND,
Warden of Pelican Bay State Prison

00562\012\PLD\SR050044.WPD

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the deadline for the hearing on Defendants' anticipated motion for summary judgment is extended from September 14, 2007, to September 21, 2007, the scheduled date for the pretrial conference is extended form November 16, 2007, to [November 23, 2007] November 26, 2006 [November/December _____, 2007]. and the beginning of jury trial in this matter is extended from November 26, 2007, to [December 3, 2007] [November/December _____, 2007], respectively.

IT IS SO ORDERED.

DATED: July 27, 2007

_____
JEREMY FOGEL
United States District Judge